IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:10-CR-430-JEC |
| OSCAR ROJAS-ESTRADA, | |
| Defendant. | |

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [27] recommending accepting defendant's plea of guilty tendered on January 4, 2011. No objections to the Report and Recommendation [27] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [27] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment. The Court note that the sentencing date has been set for **MONDAY, APRIL 4, 2011, 1:30 P.M., COURTROOM 2107.**

SO ORDERED this 8 day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)